EDWARD THOMAS KENNEDY,
        Petitioner,

                                PAPER FILED

       v.                            Docket No.   11586-18

COMMISSIONER OF INTERNAL REVENUE,
        Respondent

# NOTICE OF APPEAL

# UNITED STATES TAX COURT
WASHINGTON, DC 20217

RECEIVED
UNITED STATES TAX COURT
INTAKE # 5
2018 AUG 23 AM 9: 29
BY: _____
DEPUTY CLERK

EDWARD THOMAS KENNEDY,

Petitioner(s)

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent

Docket No. 11586-18

## NOTICE OF APPEAL

Notice is hereby given that __Edward Thomas Kennedy__ hereby appeals to the United States Court of Appeals for the __3rd__ Circuit from [that part of] the decision of this Court entered in the above-captioned proceeding on the __8th__ day of __August 2018__ [relating to __dismissal of case__.

_____ ].

| 8/9/2018 | _Ed Th Ken_ (SEAL) |
|---|---|
| Date | Party [of Counsel] |
| | NO |
| Date | Additional Party* |
| | [Post office] address |
| | [Counsel's Tax Court Bar No.] |

*If husband and wife are parties, then both must sign if both want to appeal.

T.C. Form 17 (08/12)

Kennedy, E.S.
401 Tillage Rd
Breinigsville PA 18031

Clerk of Court
US Max Court
400 Second St N.W
Washington DC 20217

Notice of Appeal

20217-

11586618