

# UNITED STATES TAX COURT
WASHINGTON, D.C. 20217
August 24, 2018

CLERK OF THE COURT

| | |
|---|---|
| EDWARD THOMAS KENNEDY )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>COMMISSIONER OF INTERNAL REVENUE, )<br>)<br>Respondent. ) | Docket No. 11586-18 |

## NOTICE OF FILING OF NOTICE OF APPEAL

TO:

| Marcia Waldron, Clerk of Court | William M. Paul | Edward Thomas Kennedy |
|---|---|---|
| U. S. Court of Appeals | Acting Chief Counsel | 401 Tillage Road |
| for the Third Circuit | Internal Revenue Service | Breinigsville, PA 18031 |
| 21400 U. S. Courthouse | 1111 Constitution Ave, NW | |
| 601 Market Street | Washington, DC 20224 | |
| Philadelphia, PA 19106-1790 | | |

    The United States Court of Appeals for the 3rd Circuit and the parties are hereby notified that on August 23, 2018 petitioner filed a Notice of Appeal from the order of dismissal of the Tax Court. A copy of that Notice of Appeal is herewith served upon you.

    The parties are hereby notified that the papers constituting the record of the case in the United States Tax Court include any transcripts of proceedings. The record on appeal will be sent to the United States Court of Appeals **when we received the Court of Appeals docket number.**

    Counsel for the Commissioner of Internal Revenue are **GILBERT S. ROTHENBERG, CHIEF, APPELLATE SECTION, TAX DIVISION, UNITED STATES DEPARTMENT OF JUSTICE, P.O. BOX 502, WASHINGTON, D.C. 20044, UPON WHOM SERVICE OF DOCUMENTS AND PAPERS IN PROCEEDINGS IN THE COURT OF APPEALS IS TO BE MADE,** and William M. Paul, Acting Chief Counsel, Internal Revenue Service.

                                             (Signed) Stephanie A. Servoss
                                                   Clerk of the Court

Enclosures:    Copy of Notice of Appeal and Docket Entries.

Fee Paid:        Yes_    No<u>XX</u>

SERVED AUG 24 2018