Case: 18-2895     Document: 003113020400     Page: 1     Date Filed: 08/29/2018


# UNITED STATES TAX COURT
### WASHINGTON, DC 20217

PA

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket No. 11586-18. |
| | ) |
| COMMISSIONER OF INTERNAL REVENUE, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL FOR LACK OF JURISDICTION

This case is before the Court on respondent's motion to dismiss for lack of jurisdiction, filed August 3, 2018, on the ground no notice of determination under I.R.C. section 6320 or 6330 or other notice of determination was issued to petitioner for taxable years 2001 through 2017 that would permit petitioner to invoke the Court's jurisdiction. On August 7, 2018, petitioner file an Objection to respondent's motion to dismiss. On August 7, 2018, petitioner further filed a motion for entry of decision. Petitioner essentially does not dispute the jurisdictional allegations in respondent's motion to dismiss.

The Tax Court is a court of limited jurisdiction and may exercise jurisdiction only to the extent expressly provided by statute. I.R.C. sec. 7442; Naftel v. Commissioner, 85 T.C. 527, 529 (1985), Breman v. Commissioner, 66 T.C. 61, 66 (1976). Where this Court's jurisdiction in a case is duly challenged, the jurisdiction must be affirmatively shown. Romann v. Commissioner, 111 T.C. 273, 280 (1998); Wheeler's Peachtree Pharmacy, Inc. v. Commissioner, 35 T.C. 177, 180 (1960).

Contrary to petitioner's argument, the Tax Court does not have unlimited jurisdiction as to all tax-related issues and matters. Petitioner here has failed to affirmatively establish that this Court has jurisdiction as to this case. Romann, 111 T.C. 280; Wheeler's Peachtree Pharmacy, Inc., 35 T.C. 180.

Taking into account representations contained in the petition, petitioner's objection to respondent's motion to dismiss, petitioner's motion for entry of decision, and for the reasons set forth in respondent's motion to dismiss, it is,

ORDERED that petitioner's motion for entry of decision is denied. It is further

ORDERED that respondent's motion to dismiss is granted. It is further

SERVED Aug 08 2018

- 2 -

ORDERED that with respect to each year placed in issue in the petition, this case is dismissed for lack of jurisdiction upon the ground stated in respondent's motion to dismiss.

Maurice B. Foley
Chief Judge

ENTERED:   AUG 08 2018