EDWARD T. KENNEDY,
    Appellant

v.

COMMISSIONER OF INTERNAL REVENUE