# UNITED STATES TAX COURT
## DOCKET ENTRIES

Docket No.  011586-18                                                INDEX

Edward Thomas Kennedy

v. COMMISSIONER OF INTERNAL REVENUE

401 Tillage Road
Breinigsville, PA 18031

| Petitioner Counsel (Total 01) | Respondent Counsel (Total 02) |
|---|---|
| PRO SE | JB0091   Jones, Brian S.<br>701 Market Street<br>Suite 2200<br>Mellon Independence Center<br>Philadelphia, PA 19106<br><br>NH0104   Negro, Harry J.<br>701 Market Street<br>Suite 2200<br>Mellon Independence Center<br>Philadelphia, PA 19106 |

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 06/11/2018 | PFW | PETITION FILED by Petr. Edward Thomas Kennedy: FEE WAIVED | | R 06/15/2018 | |
| 0002 | 06/11/2018 | RQT | REQUEST FOR PLACE OF TRIAL AT PHILADELPHIA, PA by Petr. Edward Thomas Kennedy | | R 06/15/2018 | |
| 0003 | 06/11/2018 | APW | APPLICATION FOR WAIVER OF FILING FEE by Petr. Edward Thomas Kennedy | GR  06/11/2018 | B 06/15/2018 | |
| 0004 | 06/15/2018 | NANE | NOTICE OF ATTACHMENTS IN THE NATURE OF EVIDENCE | | B 06/15/2018 | |
| 0005 | 06/18/2018 | LTR | LETTER by Petr. Edward Thomas Kennedy | | R 06/22/2018 | |
| 0006 | 08/03/2018 | M073 | MOTION TO DISMISS FOR LACK OF JURISDICTION by Resp. (C/S 08/03/18) | ORD 08/08/2018 | C 08/03/2018 | |
| 0007 | 08/06/2018 | O | ORDER PETITIONER BY 8/27/18 SHALL FILE AN OBJECTION TO RESPONDENT'S MOTION TO DISMISS FOR LACK OF JURISDICTION. | | B 08/07/2018 | |
| 0008 | 08/07/2018 | OBJE | OBJECTION TO MOTION TO DISMISS FOR LACK OF JURISDICTION by Petr. Edward Thomas Kennedy (C/S 08/07/18) | | R 08/07/2018 | |
| 0009 | 08/07/2018 | M007 | MOTION FOR ENTRY OF DECISION by Petr. Edward Thomas Kennedy (C/S 08/07/18) | ORD 08/08/2018 | R 08/07/2018 | |
| 0010 | 08/08/2018 | OD | ORDER OF DISMISSAL ENTERED, JUDGE FOLEY.  PETITIONER'S MOTION FOR ENTRY OF DECISION IS DENIED.  RESPONDENT'S MOTION TO DISMISS FOR LACK OF JURISDICTION IS GRANTED IN THAT WITH RESPECT TO EACH YEAR PLACED IN ISSUE IN THE PETITION, THIS CASE IS DISMISSED FOR LACK OF JURISDICTION UPON THE GROUND STATED IN RESPONDENT'S MOTION TO DISMISS FOR LACK OF JURISDICTION. | | B 08/08/2018 | |

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | | M |
|---|---|---|---|---|---|---|---|
| | | | APPELLATE PROCEEDINGS | | | | |
| 0011 | 08/23/2018 | NOAP | NOTICE OF APPEAL BY PETR(S). TO U.S.C.A. 3RD CIR. (COA #18-2895) | | B | 08/24/2018 | |
| 0012 | 08/24/2018 | NOFC | NOTICE OF FILING W/ COPY OF NOT. OF APP. SENT TO THE PARTIES. | | B | 08/24/2018 | |