# UNITED STATES TAX COURT

www.ustaxcourt.gov

RECEIVED
UNITED STATES TAX COURT
INTAKE # 5

2018 JUN 11 AM 9: 45

FILED
U.S. TAX COURT
STEPHANIE A. SERVOSS, CLERK

2018 JUN 11 AM 9: 54

(FIRST)    (MIDDLE)    (LAST)

Edward Thomas Kennedy
(PLEASE TYPE OR PRINT)    Petitioner(s)

BY: _____    Docket No.

BY: _____
DEPUTY CLERK

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent

11586-18

## PETITION

1. Please check the appropriate box(es) to show which IRS NOTICE(s) you dispute: ✗

☐ Notice of Deficiency

☐ Notice of Determination Concerning Your Request for Relief From Joint and Several Liability. (If you requested relief from joint and several liability but the IRS has not made a determination, please see the Information for Persons Representing Themselves Before the U.S. Tax Court booklet or the Tax Court's Web site.)

☐ Notice of Determination Concerning Collection Action

☐ Notice of Determination Concerning Worker Classification

2. Provide the date(s) the IRS issued the NOTICE(s) checked above and the city and State of the IRS office(s) issuing the NOTICE(S): _____ ✗ 2

3. Provide the year(s) or period(s) for which the NOTICE(S) was/were issued: _____

4. SELECT ONE OF THE FOLLOWING:

If you want your case conducted under small tax case procedures, check here: ☐ **(CHECK**
If you want your case conducted under regular tax case procedures, check here: ☐ **ONE BOX)** ✗ 3

NOTE: A decision in a "small tax case" cannot be appealed to a Court of Appeals by the taxpayer or the IRS. If you do not check either box, the Court will file your case as a regular tax case.

5. Explain why you disagree with the IRS determination in this case (please list each point separately):

1, 2, 3

See Petition, Attached. (10 pages)

plus Exhibit 1 (8 pages)

Law of the Case +

Certificate of Service

**SERVED Jun 15 2018**

T.C. FORM 2 (REV. 5/11)

6. State the facts upon which you rely (please list each point separately):

4 - See Attached Petition (10 pages)

plus Exhibit 4

Core of the Case. 5

Certificate of Service

**You may use additional pages to explain why you disagree with the IRS determination or to state additional facts. Please do not submit tax forms, receipts, or other types of evidence with this petition.**

ENCLOSURES: Please check the appropriate boxes to show that you have enclosed the following items with this petition:

☐ A copy of the Determination or Notice the IRS issued to you   *Done*

☒ Statement of Taxpayer Identification Number (Form 4) (See PRIVACY NOTICE below)   *IRS 6/18/2016?*

☒ The Request for Place of Trial (Form 5)   ☒ The filing fee   *waiver enclosed!*

PRIVACY NOTICE: Form 4 (Statement of Taxpayer Identification Number) will not be part of the Court's public files. All other documents filed with the Court, including this Petition and any IRS Notice that you enclose with this Petition, will become part of the Court's public files. To protect your privacy, you are strongly encouraged to omit or remove from this Petition, from any enclosed IRS Notice, and from any other document (other than Form 4) your taxpayer identification number (e.g., your Social Security number) and certain other confidential information as specified in the Tax Court's "Notice Regarding Privacy and Public Access to Case Files", available at www.ustaxcourt.gov.

_____   6/3/2018      415-275-1244
SIGNATURE OF PETITIONER         DATE         (AREA CODE) TELEPHONE NO.

401 Tillage Rd.              Breinigsville PA 1803
MAILING ADDRESS                        CITY, STATE, ZIP CODE
**Address Used By Court**

State of legal residence (if different from the mailing address): _____

_____        _____
SIGNATURE OF ADDITIONAL PETITIONER (e.g.,SPOUSE)   DATE         (AREA CODE) TELEPHONE NO.

_____        _____
MAILING ADDRESS                        CITY, STATE, ZIP CODE

State of legal residence (if different from the mailing address): _____

_____        _____        _____
SIGNATURE OF COUNSEL, IF RETAINED BY PETITIONER(S)   NAME OF COUNSEL         TAX COURT BAR NO.

_____        _____        _____
MAILING ADDRESS, CITY, STATE, ZIP CODE         DATE         (AREA CODE) TELEPHONE NO.

## UNITED STATES TAX COURT
**www.ustaxcourt.gov**

EDWARD THOMAS KENNEDY,
               Petitioner,

      v.

                       Tax Court Case No. _____

COMMISSIONER OF INTERNAL REVENUE,
               et al.,

               Respondents,

### PETITION

1.    Edward Thomas Kennedy, Petitioner, hereinafter "Kennedy" wishes and requests this court of record at Allentown Pennsylvania location, and if not Allentown then in Philadelphia, Pennsylvania. Kennedy also wishes and requests ECF access to this and all cases at this court.

FIRST CAUSE OF ACTION – TRESPASS

PARTIES

2.    Edward Thomas Kennedy, (hereinafter "Kennedy") is one of the people of Pennsylvania, and in this court of record on his own behalf complains of each of the following: Commissioner of Internal Revenue, Internal Revenue Service, David J. Kautter, Douglas H. Shulman, John Koskinen, Steven Terner Mnuchin, R.B. Simmons, Jefferson Beauregard Sessions, William M. Paul, Catriona M. Coppler, and Michael Wright,

hereinafter "Bandit", and all collectively "Bandits"; who are each summoned to answer the said in a plea of trespass and trespass on the case, to wit:

INTRODUCTION

2.    Each Bandit exceeded their jurisdiction by either directly, through an agent, or in concert with another did cause Kennedy to be unlawfully and forcibly charged with debts his will, without jurisdiction or good cause. Said Bandits, without good cause, imprisoned Kennedy financially. During the financial imprisonment the Bandits took further casual ill-considered actions to further injure Kennedy with liens, repeated theft of funds and intentional infliction of stress, affecting his ability to earn a living since 2001 and obtain a checking account at Bank of America in Hellertown, Pennsylvania, a credit card from a partner of Costco Corporation, and professional employment.

3.    From the moment Kennedy was charged with "alleged" debts till the present, Kennedy, under color of law, was kept in actual or constructive imprisonment. Although he objects to the assumed jurisdiction, those who kept him imprisoned under color of law did not respond to any of his demands and requests for proof of jurisdiction or for reinstatement of his liberty. They continued to assume the jurisdiction without proof of jurisdiction or any attempt at proof of jurisdiction. Kennedy continues to be subject, under color of law, to the assumed jurisdiction, liens, theft of funds, will and control of the Bandits.

SPECIFICS

4.    Mnuchin, Kautter, Shulman and Simmons failed to respond to Kennedy's certified letter of January 31, 2018. Kennedy has no contract with the bandits.

PETITION
-2-

5.     Each Bandit acted in such a way, or failed to act in such a way, that Kennedy is deprived of his liberty. Each bandit acted to deprive Kennedy of his liberty; or each Bandit failed to act to prevent the loss by Kennedy of his liberty. Further, each Bandit is a willing participant in concert with each of the remaining Bandits.

6.     At all times mentioned in this action each Bandit is the agent of the other, and in doing the acts alleged in this action, each is acting within the course and scope of said agency. The following paragraphs describe what the Bandits, under color of law, either acted or failed to act as obligated.

7.     Each Bandit exceeded his jurisdiction under color of law. Each Bandit acted in concert with the remaining Bandits to affect the unlawful loss of liberty of Kennedy.

8.     At no time has Kennedy ever signed an IRS form, and if he did it was under duress or identity theft or falsification of evidence by the Bandits.

9.     Bandits without proof of jurisdiction, each ignored Kennedy's objections, and proceeded under color of law to continue his constructive imprisonment from 1971 to present.

10.     Because of the actions committed with actual and implied force or the lack of action of the Bandits, Kennedy was immediately and directly injured and suffered loss of liberty, and imprisoned under color of law.

11.     Bandits have a duty to not cause Kennedy to be financially imprisoned under color of law, to not cause loss of liberty. Further, Bandits have a duty to prove jurisdiction when objection to jurisdiction is asserted.

12.    Bandits have breached that duty.  Bandits have breached their fiduciary duty.

13.    The damages for the injury caused by Bandits' actions are $50,000 for each day of unlawful imprisonment for each Bandit.

14.    The damages for the injury caused by Bandits' absence of required action is $5,000 for each failure to act.

SECOND CAUSE OF ACTION – TRESPASS ON THIS CASE

15.    Paragraphs 1 through 14 are included by reference as though fully stated herein.

16.    By right, Kennedy reasonably expects to proceed without injury, secure in his capacities. By right, Kennedy reasonably expects to exercise his right to liberty.

17.    Bandits have a legal duty to use due care and not cause an injury to Kennedy or interfere with said rights in any way.

18.    Bandits breached that duty by proximately or legally, directly and indirectly, causing the injuries to Kennedy.

19.    The damages claimed are all a result of the injuries.

THIRD CAUSE OF ACTION – TRESPASS ON THE CASE -VICARIOUS LIABILITY

20.    Paragraphs 1 through 19 are included by reference as though fully stated herein.

21.    Power is never without responsibility. And when authority derives in part from Government's thumb on the scales, the exercise of that power by private persons becomes closely akin, in some respects, to its exercise by Government itself.

22.    The purpose of imposing vicarious liability is to insure the costs of injuries resulting from defective actions are placed on the source of the actions and others who make the actions possible rather than on injured persons who are powerless to protect themselves. For a Bandit to be vicariously liable it must play an integral and vital part in the overall production and promotion activity so that the actor is in a position to affect others or, at the very least, it must provide a link in the chain of exposing the ultimate victim to the actor. The vicariously liable Bandit must be in the business of controlling, leasing, bailing, or licensing the actors.

23.    Each Bandit is an agent of the other, and each has his place in the chain of exposing counterplaintiff Kennedy to the actors. Each Bandit is vicariously liable for each instance of injury to counterplaintiff.

FOURTH CAUSE OF ACTION – FAILURE TO PROVIDE A REPUBLICAN FORM OF GOVERNMENT

24.    Paragraphs 1 through 23 are included by reference as though fully stated herein. Kennedy wishes Bandits to not breach their fiduciary duty to Kennedy.

25.    The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4). No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy.

26.    Kennedy wishes Bandits to not breach their oaths of offices and especially Dutcavage, Attorneys at law Saylor and his private member associations.

27.    The business model of Bandits is based on a foundation of deceptions, lies and fraud, especially the Internal Revenue Service. Bandits failed to honor their honor their fiduciary duty to Kennedy. Bar Attorneys Sessions, Coppler and Paul violated their oaths of professional conduct. There is no General Postmaster in US Jurisdiction.

28.    The damages claimed are all a result of the injuries.

<u>LAW OF THE CASE</u>

29.    Through the courts, Kennedy encourages the Government and its employees to obey the law. Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law.[2] In a court of record, a judge has no discretion. Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law. US Code Title 26 is not law. Internal Revenue Service is a collection agency that is not licensed to be a debt collector in Pennsylvania. Kennedy has no contract with the IRS or defendants. Title 26 is not law despite the personal opinions of the bandits, who work for the IRS, a non-registered foreign agent and international debt collection service. Bandits took an oath to tell the truth and bandits are all violating their oaths.

30.    Exhibit "1" is incorporated by reference as though fully stated herein.

<u>REQUEST FOR RELIEF</u>

31.    For that cause of action therefore Counterplaintiff Kennedy brings his suit.

---

[2] See the use of dictionaries by the Supreme Court of the United States, by Kevin Werbach, titled Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994).

32.    WHEREFORE, Kennedy wishes the Judge assigned to this case administrate judgment against Bandits, and each of them, as follows:

On all causes of action:

33.    For general damages in the sum of $50,000 multiplied by the number of days in constructive and actual imprisonment or Fifty million dollars ($50,000,000.00) whichever is greater.

34.    For an Order to stop the bandits from stealing from Kennedy, remove all liens and claims of debt by the Bandits from Kennedy nunc pro tunc, and restore Kennedy's good name in finance;

35.    For an immediate Order to the bandits to return all funds taken from Kennedy nunc pro tunc; in other words, Order the Bandits to stop stealing from Kennedy;

36.    For an Order to the bandits to return all funds taken from Kennedy's two former spouses, Gail Jane Kennedy and Sharon Maj Kennedy, both domiciled in or on Northern California, nunc pro tunc, without delay;

37.    That the court enter a declaratory judgment that Bandits have acted arbitrarily and capriciously, have abused their discretion and have acted not in accordance with law, but under color of law;

38.    That the court enter a declaratory judgment that Bandits have acted contrary to constitutional right, power or privilege;

39.    That the court enter a declaratory judgment that Bandits' actions were in excess of statutory jurisdiction, authority and short of statutory right;

40.    That the court permanently enjoin Bandits from interfering in any way with Kennedy's lawful rights and provide him with a republican form of government;

41.    That the court permanently enjoin Bandits from interfering in any way with Kennedy's lawful rights, honor their fiduciary duty to Kennedy, net out all alleged "debt" to zero, remove all liens and return all funds to Kennedy nunc pro tunc;

42.    That the court enter a declaratory judgment that the records of the court not of record are impeached for want of jurisdiction in the Court or judicial officers, for collusion between the parties, and/or for fraud in the parties offering the record, in respect to the proceedings;

43.    That the court grant Kennedy his attorneys fees;

44.    That the court grant Kennedy such, other and further relief as the court deems proper;

45.    That the court order all the Bandits to return the value of all bonds created in these matters in this case and that these said bonds be given to Kennedy in lawful money;

46.    For interest as allowed by law; and

46.    For costs of suit incurred.

June 3, 2018, County of Lehigh, Pennsylvania.

_____ SEAL

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Email; kennedy12@pm.me
Telephone: 415-275-1244
Fax: 570-609-1810

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2018 that I filed a copy of the foregoing Petition by USPS regular mail at the office of the Clerk of Court at United States Tax Court  400 Second Street, N.W., Washington, D.C. 20217, and served by fax numbers to the following:

Jefferson Beauregard Sessions, Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Fax number 202-514-6866.

Catriona M. Coppler, Tax Attorney, Tax Division
US Department of Justice
Post Office Box 227
Washington DC 20044
Fax number 202-514-6866.

David J. Kautter, Acting Commissioner of the Internal Revenue Service
Internal Revenue Service
1111 Constitution Ave. NW
Washington, DC 20224
Fax number: (855) 573-7040.

William M. Paul, Acting Chief Counsel and Deputy Chief Counsel (Technical)
Internal Revenue Service
1111 Constitution Ave. NW
Washington, DC 20224
Fax number: (855) 573-7040.

R.B. Simmons, Director, Director
Internal Revenue Service
1111 Constitution Ave. NW
Washington, DC 20224
Fax number: (855) 573-7040.

Michael Wright

Internal Revenue Service
1111 Constitution Ave. NW
Washington, DC 20224
Fax number: (855) 573-7040.

Douglas H. Shulman
Internal Revenue Service
1111 Constitution Ave. NW
Washington, DC 20224
Fax number: (855) 573-7040.

John Koskinen
Internal Revenue Service
1111 Constitution Ave. NW
Washington, DC 20224
Fax number: (855) 573-7040.

Steven Terner Mnuchin, Secretary
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001.
Fax number: (855) 573-7040.

EDWARD THOMAS KENNEDY

**Exhibit 1**

LAW OF THE CASE

     1.     This TAX COURT IS A COURT OF RECORD AND IT IS NOT AN ADMINISTRATIVE COURT.[1]

     2.     In a court of record, a judge has no discretion. Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law. An "attorney at law" means one who practices common law. (notwithstanding the fact that modern attorneys ignore the subject). An "attorney in equity" is one who practices before an equity court.

     3.     Through the courts, Plaintiff encourages the government to obey the law. Absolute Judicial immunity is a myth[2] A Judge does not have absolute immunity. Judicial immunity does not apply when the following conditions exist:

          a. when he is performing a non-judicial act, or

          b. when he acts in the complete absence of all jurisdiction.

     4.     Statutes are expressions of will from the legislature. To maintain confusion, Bar members append the word "law" to it. Naturally, one is supposed to then believe that statutory law is the same as and equal to common law (it isn't!).

There is no legislative foundation for any Bar member to "practice" law.

     5.     Codes are nothing more than a collection of statutes and other rules arranged by subject instead of being arranged by date. Law beats statutes; statutes beat codes.

     6.     A Judge exercises his or her discretion because he or she is authorized by the statutes to exercise their discretion Most appeals of judges' decisions fail. The appellate courts generally will not second guess a trial court's use of discretion.

     7.     The California 1879 Constitution defines all California courts to be courts of record. [3] Commonwealth of Pennsylvania maintains confusion and deception with multiple versions of its Constitution. [4]

     8.     "Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law," (Preamble - Universal Declaration of Human Rights) [5]

     9.     Nisi Prius is defined as: "a court where civil actions are tried by a single judge sitting with a jury, as distinguished from an appellate court." [6] This means the nisi prius court is a

---

[1] Here is what the Internal Revenue Code designates: 26 USC 7441: Status. "There is hereby established, under article I of the Constitution of the United States, a court of record to be known as the United States Tax Court. The members of the Tax Court shall be the chief judge and the judges of the Tax Court."

[2] Is a state court judge, who has been individually divested of all jurisdiction over a case by virtue of being affirmatively disqualified, who refuses to acknowledge his own divestment, and thereafter commits unconstitutional torts solely under color of the case in which he knows, or should know, that he has lost all jurisdiction, subject to 42 U.S.C. 1981-88 liability? The answer is yes, see Hirschfeld v Rodgers.

[3] California Constitution, Article 6 Judicial, Sec. 1. The judicial power of this State is vested in the Supreme Court, courts of appeal, superior courts, and municipal courts, all of which are courts of record.

[4] Commonwealth of Pennsylvania has had five versions of constitutions 1776, 1790, 1838, 1874, and 1968.See john J. Kennedy, Pennsylvania Government and Politics, 1st Edition, Cognella publisher, 2018. Chapter 3, pages 79 to 90.

[5] http://www.un.org/en/universal-declaration-human-rights/

[6] https://www.thefreedictionary.com/Nisi+prius

**Exhibit 1**

Trial Court which of course is where the facts of a case are discovered. A nisi prius court is a "court of no record," but a record is kept in a trial court. The mere keeping of a record does not qualify any court to be a court of record.

10.    Black's Law Dictionary, Fifth Edition, contributes to the confusion by listing only two of the four requirements for a court to qualify as a court of record. For the full explanation, see https://www.1215.org/lawnotes/lawnotes/courtrec.htm.

11.    In California, all courts are named as courts of record. However, if in an individual case they are not operated as courts of record, then they don't qualify as such. It takes more than a name to make a court of record. Even though a court may be keeping a record, it is a court of no record if it does not conform to the remaining three requirements for a lawful court of record.

12.    A court of record is a court which must meet the following criteria:

1. generally has a seal
2. power to fine or imprison for contempt
3. keeps a record of the proceedings
4. proceeding according to the common law (not statutes or codes)
5. the tribunal is independent of the magistrate (judge)

Note that a judge is a magistrate and is not the tribunal. The tribunal is either the sovereign himself, or a fully empowered jury (not paid by the government).

13.    Black's Law Dictionary's omissions are subtle but one can recombine the information and get to the real meaning of terms such as "nisi prius".

14.    "Nisi prius" is a Latin term. Individually, the words mean thus: "Prius" means "first." For example, "Prius vitiis laboravimus, nunc legibus" means "We labored first with vices, now with laws." Quoted from Black's Law Dictionary, Fifth Edition. "Nisi" means "unless." Quoting from B.L.D., 5th Ed.: "The word is often affixed as a kind of elliptical expression, to the words 'rule,''order,' 'decree,' 'judgment,' or 'confirmation,' to indicate that the adjudication spoken of is one which is to stand as valid and operative unless he party affected by it shall appear and show cause against it, or take some other appropriate step to avoid it or procure its revocation."

15.    "Nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

16.    It is a matter of right that one may demand to be tried in a <u>court of record</u>. By sheer definition, that means that the court must proceed according to the common law (not the statutory law). The only way that a court can suspend that right is by the prior agreement of the parties.

17.    For tactical reasons, Commonwealth of Pennsylvania and/or the state and/or State, prefers to proceed according to statutory law rather than common law. The only way it can do that is to obtain the prior agreement from the parties. That is the primary (but hidden) purpose of the arraignment procedure.

18.    During arraignment choices for pleading are only guilty, not guilty, nolo contendere, but all three choices lead to the same jurisdiction, namely a statutory jurisdiction, not a common law jurisdiction. That is to say, the question to be decided is whether or not the statute was violated, not whether the common law was violated.

19.    The dictionary does not lie in its definition of a nisi prius court but it does omit some important information. Namely, that it is a court that has been set up by prior agreement

# Exhibit 1

assumed because when the three statutory options [guilty, not guilty, nolo contendere] were presented to the defendant he chose one. He thus failed to enforce his right to be prosecuted in a court of record.

20. Once the agreement (as evidenced in the arraignment proceeding) has been secured, the court proceeds under statutory authority. Now the court ceases to be a court of record and becomes a court of no record by prior lack of objection, i.e. by prior agreement implied by failure to object.

21. Naturally, after securing the agreement, a nisi prius court can move on to examine the facts with a judge and jury, etc. etc.

22. The criminal court is an inferior court because it is operating according to special rules (criminal code) and not according to the common law. Even if its name is "Superior Court of ....." it is still an inferior court so long as it is operating according to some code or statutes rather than the common law.On the other hand, a court of record, so long as it meets the criteria, is a true superior court. The decisions and proceedings of an inferior court are not presumed to be valid. The inferior court can be sued in a superior court (that's called a "collateral attack"). In other words, the superior court (court of record) out ranks the inferior court not of record".

23. Government Manipulation of Language [7] The first "trick" of the Government is the re-definition of certain critical words in each Statute (Act) The Government assumes the ordinary meaning of the word so as to trick the public into reading and interpreting the Statute in their favour.

Here is a summary of some of the Trick Words. Two keywords that are re-defined in almost every Statute are the words "person" and "individual". There are at least two "person" in law:    A natural-person is a legal entity for the human-being.

An artificial-person is a legal entity that is not a human being. [8]

24. The natural-person has the "capacity" (i.e. ability) for rights and duties, but not necessarily the obligation. The artificial-person has rights and duties that may be attached (i.e. assigned) by laws.

25. The second "trick" of the Government is to use the Interpretation Act to define words that apply to all Statutes, unless re-defined within a particular Statute. Without this knowledge, one could assume the ordinary meaning for the words one is reading, not realizing that they may have been defined by the Interpretation Act. Unless these words have been re-defined in another Statute, the underlying definitions for the two most important words still apply, either from the Interpretation Act, or the Canadian Law Dictionary. Basically, they are defined as follows:

    a.    from the Canadian Law Dictionary one can
    find that:
individual means a natural person,
    b.    from the Income Tax Act find the re-definition:

---

[7] Source: http://www.natural-person.ca/govtricks.html.

[8] Here are the exact definitions from Barron's Canadian Law Dictionary, fourth edition (ISBN 0-7641-0616-3): natural person. A natural person is a human being that has the capacity for rights and duties. artificial person. A legal entity, not a human being, recognized as a person in law to whom certain legal rights and duties may attached - e.g. a body corporate.

# Exhibit 1

individual means an artificial person.

    c.    from the Canadian Law Dictionary find that:

person means an individual (natural person) or incorporated group (artificial person),

    d.    from the Interpretation Act find the re-definition:

person means a corporation (an artificial- person),

    e.    from the Income Tax Act find the re-definition again:

person means an artificial person (amongst other things).

    26.    In the Canadian Human Rights Act, one can see how individual and person are used and how they are applied to natural and artificial persons.

    27.    The third "trick" of the Government is to use the word "includes" in definitions instead of using the word "means". They do this in some critical definitions that they want misinterpreted. If they used "means" instead of "includes" then their deception would be exposed, but by using "includes" they rely upon the reader to assume that "includes" expands the definition, whereas in reality it restricts the definition in the same manner that "means" restricts the definition.

    28.    Here is a means definition of the word "person" from the Bank Act:

person means a natural person, an entity or a personal representative;

    29.    Here is an includes definition of the word "person" from the Interpretation Act:

person, or any word or expression descriptive of a person, includes a corporation

To expose their deception, substitute the word means or any word or expression descriptive of a person, means a corporation (viz. artificial-person)

    30.    Both "means" and "includes" are restrictive in scope because they only encompass part of the whole. Typically they are used in the following form:

person means A or B or C (and nothing else).

person includes A and B and C (and nothing else).

    31.    From the above example, one sees the logical difference. The list that follows means is constructed using "or", whereas the list that follows includes is constructed using "and".

    32.    There is a Legal Maxim that supports the restriction of "includes" which is as follows: Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another. The definition of the word include is key to understanding the potential loss of the natural-person. This is the major trick used by the Government in an attempt to take away natural-person rights. Unless this is known one voluntarily forfeits rights.

    33.    The fourth "trick" of the Government is to modify how the word "includes" is used in order to make an expansion in the definition when such expansion is required. This "trick" helps add confusion to the use of "includes" convincing most readers that "includes" should always be expansive rather than limiting. Here are some legitimate ways in which "includes" is modified to become expansive rather than restrictive:

    also includes

    and includes

    includes, without limitation,

    including

    including but not limited to

    34.    The expansive definitions usually take the following form:

person means A or B or C and includes D. (A,B, C and D). However, there is also a possibility that "and includes" is restrictive in some constructions. There are some people investigating this

# Exhibit 1

possibility right now. Their logic is demonstrated by the following example of a definition that states: province means a province of Canada and includes Ontario and Quebec.

So, if one presumes that "and includes" does provide expansion then one must ask why Ontario and Quebec had to be specifically mentioned when they are already part of a so-called province.

35.    The above construction clearly defines the scope of what is meant by province, that is a province of Canada (it does not say which one), and includes only Ontario and Quebec (compiled from a list of two from the original scope of all provinces). In this construction means provides the scope of the definition and includes provides the list of what is actually included in the definition.

36.    The foregoing analysis is one interpretation, but is not the only interpretation. The use of "includes" in statutory definitions can be argued both ways and is the backbone of understanding interpretations.

37.    With the presumption that "and includes" is restrictive, then we must take a very close look at the following definition, taken from the Interpretation Act:

province means a province of Canada and includes the Yukon Territory, the Northwest Territories and Nunavut .

38.    With this presumption what is stated is: unless another statute re-defines province, the default definition of province only includes the Yukon Territory, the Northwest Territories and Nunavut.

39.    So in order to not become absurd, we must allow for "and includes" to be expansive, however more work needs to be done on this subject before placing the last nail in the coffin, so to speak.

40.    Barron's Canadian Law Dictionary does not provide definitions for "include" or "means" therefore we have to look in the next source for the definitions.

41.    From Black's Law Dictionary, fourth edition, here is the definition for the word "include":

include. To confine within, hold as in an inclosure, take in , attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Including may, according to context, express an enlargement and have the meaning of and or in addition to, or merely specify a particular thing already included within general words theretofore used.

inclose. To surround; to encompass; to bound; fence, or hem in, on all sides.

It is stated in the above definition that the verb include is clearly restrictive and only has limited scope. On the other hand the participle,including (but not limited to) enlarges the scope.

42.    Therefore the conclusion is that when used in a definition, include does not expand the existing definition of the word it is attempting to define.

43.    It is easy to be confused because one naturally assumes the existing definition of the word, then assume include means to add this new interpretation to the existing assumed definition of the word. Our assumptions fail us in this case.

44.    For the Doubting Thomas: If one looks into any statute, one will be able to find a definition that uses the word includes and attempts to broaden the scope of that word to include the ordinary meaning, finda that the statute will break down because it will not be able to support the inclusion of the ordinary meaning of the word.

45.    The breakdown usually occurs when slavery is invoked.

46.    Courts may be classified and divided according to several methods, the following being the more usual: COURTS OF RECORD and COURTS NOT OF RECORD.

**Exhibit 1**

47.     The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal.

48.     Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. [9]

49.     A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. [10] CONFIRMATIO CARTARUM, October 10, 1297, By Edward, King of England, reaffirms that the Magna Carta may be pleaded as the Common Law before a court. This links the Magna Carta to the Common Law.

50.     The U.S. Constitution guarantees one's access to the Common Law, i.e. the Magna Carta. [11]

51.     The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4). No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy.

52.     We the people of this state do not yield their sovereignty to the agencies that serve them. The definition of sovereignty retains the meaning it had at the time the US Constitution was formed. Who is the Tribunal? Answer: The sovereign, the ultimate Judge.

53.     Internal Revenue Code (Title 26, United States Code) is not Law.

54.     26 USC 7806 and 26 USC 4161(a) says that a manufacturer must pay a 10% tax on artificial lures.

55.     26 USC 7806(b) says that Title 26 is not the law. In other words, "No inference, implication or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision or portion of this title..." N.B. "legislative construction" means "law."

---

[9] 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

[10] Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[11] See "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation; distributed by Associated College Presses, 32 Washington Place, New York 3, New York.

# Exhibit 1

56.     26 USC 4161(a) says lures must be taxed. Nordby supply Co. applied 26 USC 7806(b) to invalidate the lure tax.

57.     The Internal Revenue Code is not the law. It only defines a contract between the IRS and the individual.

58.     TITLE 26, UNITED STATES CODE SERVICE.

Section 7806. Construction of Title.

(a) Cross references. The cross references in this title to other portions of the title, or other provisions of law, where the word "see" is used, are made only for convenience, and shall be given no legal effect.

(b) Arrangement and classification. No inference, implication, or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision or portion of this title, nor shall any table of contents, table of cross references, or similar outline, analysis, or descriptive matter relating to the contents of this title be given any legal effect. The preceding sentence also applies to the sidenotes and ancillary tables contained in the various prints of this Act before its enactment into law.

CITATION

1. Location or grouping of section

Fact that 26 USCS Sec. 4161(a) is located in part of Code dealing with recreational equipment and sporting goods is of little significance in determining applicability of tax to lures used in commercial fishing since Sec. 7806 provides that nothing is to be inferred from grouping or indexing of any particular section. Nordby Supply Co. v United States (1978, CA9 Wash) 572 F2d 1377, cert den 439 US 861, 58 L Ed 2d 170, 99 S Ct 182.

---

TITLE 26, UNITED STATES CODE SERVICE.

Section 4161. Imposition of tax.

(a) Rods, creels, etc. There is hereby imposed upon the sale of fishing rods, creels, reels, and artificial lures, baits, and flies (including parts or accessories of such articles sold on or in connection therewith, or with the sale thereof) by the manufacturer, producer, or importer a tax equivalent to 10 percent of the price for which so sold.

59.     Cases related to 26 USC 7806:

Hall et al. vs. USA, 975 F.2d 722

Laing vs. US, 423 U.S. 161

U.S. vs. Reorganized CF, 518 U.S. 213

Juvenile Shoe Corporation vs. U.S.A., 99 F.3d 898

Motor Fuel Carriers, Inc. vs. U.S., 420 F.2d 702

Alcoa, Inc. vs. U.S.A., 509 F.3d 173

U.S. vs. Bisceglia, 420 U.S. 141

Natchez vs. U.S.A., 705 F.2d 671

Bank One Corporation vs. Commissioner of Internal Revenue, Docket 5759-95

**Exhibit 1**

Patton vs. U.S.A., 305 F.2d 655

Security State Bank vs. Commissioner of Internal Revenue, 214 F.3rd 1254

U.S.A. vs. Garland, 43 F.3d 1474

Nordby Supply company vs. U.S., 572 F2d 1377.

    60.    Read the cases carefully. The Bandits do not want the point to be really clear, and they use subtle wording to avoid that clarity. Nevertheless, understanding the basic wording is evidence that 26 USC is not law.

    61.    The United States Supreme Court defined "income" to mean the following: "…Whatever difficulty there may be about a precise scientific definition of 'income,' it imports, as used here, something entirely distinct from principal or capital either as a subject of taxation or as a measure of the tax; conveying rather the idea of gain or increase arising from corporate activities." [See Doyle v. Mitchell Brothers Co., 247 U.S. 179, 185, 38 S.Ct. 467 (1918) (emphasis added)]. "This court had decided in the Pollock Case that the income tax law of 1894 amounted in effect to a direct tax upon property, and was invalid because not apportioned according to populations, as prescribed by the Constitution. The act of 1909 avoided this difficulty by imposing not an income tax, but an excise tax upon the conduct of business in a corporate capacity, measuring, however, the amount of tax by the income of the corporation. Flint v. Stone Tracy Co., 220 U.S. 107, 55 L.Ed. 389, 31 Sup.Ct.Rep. 342, Ann. Cas." [See Stratton's Independence v. Howbert, 231 U.S. 399, 414, 58 L.Ed. 285, 34 Sup.Ct. 136 (1913)].

    62..    The term "corporation" as used above infers a federally chartered and not a state chartered corporation.

    63.    The United States Government is defined as a federal corporation and is headquartered c/o BNY Mellon, 225 Liberty Street, New York, New York, attention: Respondent Shulman.



Father Edward Kennedy
01 Tillage Road
engsville, PA 18031

**Postmark**
**JUN 05 2018**

Clerk
U.S. Tax Court
400 Second Street,
Witthins ton, D.C.
20217

11585-18



# UNITED STATES TAX COURT

www.ustaxcourt.gov

Edward Thomas Kennedy

Petitioner(s)

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent

Docket No.

FILED
U.S. TAX COURT
STEPHANIE A. SERVOSS, CLERK

2018 JUN 11   AM 9: 54

BY: DEPUTY CLERK

UNITED STATES TAX COURT
RECEIVED

2018 JUN 11   AM 9: 45

BY: DEPUTY CLERK

## REQUEST FOR PLACE OF TRIAL

# 1 1 5 8 6 - 1 8

**PLACE AN "X" IN ONLY ONE BOX TO REQUEST THE PLACE OF TRIAL. IF PETITIONER(S) ELECTED TO HAVE THE CASE CONDUCTED AS A SMALL TAX CASE, REQUEST ANY CITY LISTED BELOW; OTHERWISE, REQUEST ANY CITY NOT MARKED WITH AN ASTERISK (\*).**

ALABAMA
- Birmingham
- Mobile

ALASKA
- Anchorage

ARIZONA
- Phoenix

ARKANSAS
- Little Rock

CALIFORNIA
- Fresno*
- Los Angeles
- San Diego
- San Francisco

COLORADO
- Denver

CONNECTICUT
- Hartford

DISTRICT OF COLUMBIA
- Washington

FLORIDA
- Jacksonville
- Miami
- Tallahassee*
- Tampa

GEORGIA
- Atlanta

HAWAII
- Honolulu

IDAHO
- Boise
- Pocatello*

ILLINOIS
- Chicago
- Peoria*

INDIANA
- Indianapolis

IOWA
- Des Moines

KANSAS
- Wichita*

KENTUCKY
- Louisville

LOUISIANA
- New Orleans
- Shreveport*

MAINE
- Portland*

MARYLAND
- Baltimore

MASSACHUSETTS
- Boston

MICHIGAN
- Detroit

MINNESOTA
- St. Paul

MISSISSIPPI
- Jackson

MISSOURI
- Kansas City
- St. Louis

MONTANA
- Billings*
- Helena

NEBRASKA
- Omaha

NEVADA
- Las Vegas
- Reno

NEW MEXICO
- Albuquerque

NEW YORK
- Albany*
- Buffalo
- New York City
- Syracuse*

NORTH CAROLINA
- Winston-Salem

NORTH DAKOTA
- Bismarck*

OHIO
- Cincinnati
- Cleveland
- Columbus

OKLAHOMA
- Oklahoma City

OREGON
- Portland

PENNSYLVANIA
- Philadelphia
- Pittsburgh

SOUTH CAROLINA
- Columbia

SOUTH DAKOTA
- Aberdeen*

TENNESSEE
- Knoxville
- Memphis
- Nashville

TEXAS
- Dallas
- El Paso
- Houston
- Lubbock
- San Antonio

UTAH
- Salt Lake City

VERMONT
- Burlington*

VIRGINIA
- Richmond
- Roanoke*

WASHINGTON
- Seattle
- Spokane

WEST VIRGINIA
- Charleston

WISCONSIN
- Milwaukee

WYOMING
- Cheyenne*

_Allentown, Pennsylvania 1A_
_pro se._

Signature of Petitioner(s) or Counsel

6/3/2018
Date

**SERVED Jun 15 2018**

T.C. FORM 5 (REV. 09/10)

# UNITED STATES TAX COURT

### WASHINGTON, DC 20217

RECEIVED
INTAKE / 5
2018 JUN 11  AM 9: 46
BY: _____
DEPUTY CLERK

FILED
U.S. TAX COURT
STEPHANIE A. SERVOSS, CLERK
2018 JUN 11  AM 9: 55
BY: _____
DEPUTY CLERK

Edward Thomas Kennedy

_____
Petitioner (your name)

v.

COMMISSIONER OF INTERNAL REVENUE, et Al
Respondent

Docket No. _____

1 1 5 8 6 - 1 8

## APPLICATION FOR WAIVER OF FILING FEE

1. Do you receive any money from any of the following sources?

If "Yes", amount
received per month:

|   |   |   |   |   |
|---|---|---|---|---|
| a. | Salary or wages | ☐ YES | _____ | ☒ NO |
| b. | Business, profession, or other self-employment | ☐ YES | _____ | ☒ NO |
| c. | Rent payments, interest, or dividends | ☐ YES | _____ | ☒ NO |
| d. | Pensions, annuities, or life insurance payments | ☐ YES | _____ | ☒ NO |
| e. | Disability or workers compensation payments | ☐ YES | _____ | ☒ NO |
| f. | Any other sources | ☐ YES | _____ | ☒ NO |

2. Do you have any cash or checking or savings accounts?    ☒ YES    ☐ NO

If "Yes", state the total amount. 300.00 _____

3. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or any other thing of value?    ☐ YES    ☒ NO

If "Yes", describe the property and state its value.

U.S. TAX COURT
**GRANTED**
JUN 11 2018
**(Signed) Maurice B. Foley**
JUDGE

4. List the persons who depend on you for support (*if under 18, list initials only*), state your relationship to each person, and indicate how much you contribute to their support per month.

5. Do you have any debts, financial obligations or other additional circumstances you want the Court to consider (such as incarceration) in deciding whether to waive the filing fee? If yes, describe the amounts owed and to whom they are payable and the other circumstances you want considered.

   no

I declare under penalty of perjury that the above information is true and correct.

_____          _____
     June 3, 2018                       Signature of Applicant
          Date

**Return the completed application to:**          **Office of Clerk of the Court**
                                                  **United States Tax Court**
                                                  **400 Second Street, NW**
                                                  **Washington, DC  20217**

**4**



**UNITED STATES TAX COURT**
**Washington, D.C. 20217**
June 15, 2018

Edward Thomas Kennedy ,                          )
                                                 )
            Petitioner(s),              )
                                                 )
            v.                          ) Docket No.   11586-18
                                                 )
COMMISSIONER OF INTERNAL REVENUE,                )
                                                 )
            Respondent                  )
                                                 )
                                                 )
                                                 )
                                                 )

## <u>NOTICE OF ATTACHMENTS IN THE NATURE OF EVIDENCE</u>

Certain documents attached to the Petition that you filed with this Court appear to be in the nature of evidence.  Please be advised that these documents have not been received into evidence by the Court.  You may offer evidentiary materials to the Court at the time of trial.

Stephanie A. Servoss
Clerk of the Court

**SERVED Jun 15 2018**

US TAX COURT
RECEIVED

JUN 18 2018

SEC

US TAX COURT
FILED

JUN 18 2018

EDWARD THOMAS KENNEDY,
           Petitioner,

                  PAPER FILED

      v.

                  Docket No.   11586-18

COMMISSIONER OF INTERNAL REVENUE,
           Respondent

# PETITIONER'S LETTER

**SERVED Jun 22 2018**

NFI

Maurice B. Foley, Chief Judge
United States Tax Court
400 Second Street, N.W.,
Washington, DC 20217

RECEIVED
UNITED STATES TAX COURT
INTAKE P.S
2018 JUN 18  AM 11: 22

BY: _____
      DEPUTY CLERK

11586-18

Dear Chief Judge Foley,

Take judicial notice of criminal acts by Clerk of this court
Re: Tax Court Case No. 3139-031 and a new Complaint


    I am one of the people of Pennsylvania. Congratulations on your receet promotion. Two cases were filed by me into this US tax court, via US regular mail to the clerk. I have received no acknowledgement, and the court website also has no complaint status.

    Kindly investigate and report back to me without delay.

Date: June 13, 2018, County of Lehigh, Pennsylvania.


SEAL

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Email; kennedy12@protonmail.ch
Fax: 570-609-1810.


cc:
Clerk
Office of the Clerk of the Court
U.S. Tax Court, 400 Second Street, N.W., Washington, DC 20217,

Father Edward Kennedy
401 Tillage Road
Breinigsville, PA 18031

LEHIGH VALLEY PA 180
04 JAN 2018 PM 2

11586-(8)

Clerk
Office of the Clerk of the Court
U.S. Tax Court, 400 Second Street, N.W.,
Washington, DC 20217,

20217—

**US TAX COURT**
**RECEIVED**

**AUG 3 2018**
**3:40 PM**

**SEC**



**US TAX COURT**
**eFILED**

**AUG 3 2018**

EDWARD THOMAS KENNEDY,

       Petitioner,

ELECTRONICALLY FILED

    v.

Docket No.    11586-18

COMMISSIONER OF INTERNAL REVENUE,

       Respondent


# RESPONDENT'S MOTION TO DISMISS FOR LACK OF JURISDICTION


CERTIFICATE OF SERVICE

**UNITED STATES TAX COURT**

EDWARD THOMAS KENNEDY,     )
                               )
               Petitioner,   )
                               )
                    v.       )   Docket No.  11586-18
                               )
COMMISSIONER OF INTERNAL REVENUE,  )   Filed Electronically
                               )
               Respondent.  )

**MOTION TO DISMISS FOR LACK OF JURISDICTION**

RESPONDENT MOVES that this case be dismissed for lack of jurisdiction upon the ground that no notice of determination authorized by I.R.C. §§ 6320 or 6330, to form the basis for a petition to this Court, has been sent to petitioner with respect to taxable years 2001 through 2017, nor has respondent made any other determination with respect to petitioner's taxable years 2001 through 2017 that would confer jurisdiction on this Court.

IN SUPPORT THEREOF, respondent respectfully states:

1.  The petition was filed on June 11, 2018.

2.  The petitioner did not check a box in paragraph one of his petition identifying the IRS Notice that he disputed.

3.  In paragraph two of the petition, petitioner did not provide the date the IRS issued the Notice or City and state of the IRS office issuing the disputed notice.

4.  In paragraph three of the petition, petitioner did not provide the years or periods for which the notice was issued.

Docket No. 11586-18          - 2 -

5.  Petitioner attached a ten page document entitled

"Petition" to the copy of the petition served on respondent.

This ten page document does not identify a notice issued or

determination made by the Service that would confer jurisdiction

upon the Court.  The petition does not contain a copy of any

alleged notice or determination received from respondent by

petitioner that would indicate the controversy and or the

taxable years at issue in this proceeding.

6.  In paragraph 2 of the petition, petitioner

characterizes several high ranking government officials and the

Internal Revenue Service in general as "Bandits."  He then

asserts that they are "summoned to answer the said plea of

trespass…"

7.  The petition includes four "causes of action."  The

first cause of action is "Trespass."  See page one of the

petition.  The second cause of action is "Trespass on this

Case."  See page four of the petition.  The third cause of

action is "Trespass on the case – vicarious liability."  See

page four of the petition.  The fourth cause of action is

"Failure to provide a republican form of government."  See page

five of the petition.

8.  The petition does not identify a tax year at issue or a

notice that would give the Tax Court jurisdiction.  Instead, it

Docket No. 11586-18          - 3 -

is replete with references to "Trespass."

9.  There is only one reference to any potential
controversy and or taxable years at issue in the attached
document marked as "Petition."  On page two, paragraph 2.,
petitioner claims that the Service identified as Bandits, "took
further casual ill-considered actions to further injure Kennedy
with liens, repeated theft of funds and intentional infliction
of stress, affecting his ability to earn a living since 2001…"

10. Although the petition does not appear to state a proper
claim, giving the petition the benefit of any doubt, respondent
is assuming that petitioner is attempting to challenge the
appropriateness of the alleged filing of Federal Tax Liens for
the taxable years 2001 through 2017.

11. Respondent pulled transcripts for taxable years 2001
through 2017 and found that petitioner does have balances owed
for the taxable years 2006, 2007 and 2016.

12. Respondent's records indicate that liens were filed for
taxable years 2006 and 2007; however, no determination letters
were issued for the 2006 and 2007 taxable years that would
confer jurisdiction to the Court.

13. According to respondent's records, on April 8, 2011,
liens were placed on petitioner's assets due to balances owed
for taxable years 2006 and 2007.  On April 12, 2011, respondent

Docket No. 11586-18          - 4 -

issued a Notice of Lien Filing and right to Collection due

process hearing as to taxable years 2006 and 2007.  Respondent's

records indicate that petitioner did not submit a request for

Collection Due Process Hearing.  Since no hearing was requested,

respondent did not make or issue a determination that would

confer jurisdiction to the Court as to the liens that were filed

for taxable years 2006 and 2007.

14. Respondent's records indicate that no collection action

has been taken as to petitioner's unpaid balance for taxable

year 2016.

15. Respondent has diligently searched his records and

contacted I.R.S. personnel in an attempt to determine whether a

notice of determination authorized by I.R.C. §§ 6320 or 6330 was

mailed to petitioner with respect to the taxable years 2001

through 2017.  Based on said diligent search, and based on a

review of respondent's records kept in the ordinary course of

business when respondent issues and mails a notice of

determination to a specific taxpayer, there is no record,

information, or other evidence indicating that a notice of

determination authorized by I.R.C. §§ 6320 or 6330 was mailed to

petitioner with respect to the taxable years 2001 through 2017.

16. Accordingly, respondent has determined, based upon the

foregoing, that no notice of determination sufficient to confer

Docket No. 11586-18          - 5 -

jurisdiction on the Court pursuant to I.R.C. §§ 6320 or 6330,

has been sent to petitioner with respect to the taxable years

2001 through 2017.

17. Petitioner has neither produced, nor otherwise

demonstrated, that a notice of determination or other

determination sufficient to confer jurisdiction on this Court

was mailed to petitioner as required by I.R.C. §§ 6320, 6330 and

Tax Court Rule 34(b), or other applicable provisions of the

Internal Revenue Code or Rules of this Court.

18. On Thursday, August 2, 2018, respondent's counsel

attempted to contact petitioner via telephone to discuss the

motion.  Respondent's counsel left a voicemail message

explaining the motion and requesting that petitioner identify

and provide a copy of the notice of determination or document

that petitioner may have received that would confer jurisdiction

to the Tax Court.  Petitioner returned respondent's telephone

message and left a voicemail indicating that his petition was

sufficient and that he would respond to the motion once he had a

chance to review it.

Docket No. 11586-18          - 6 -

    WHEREFORE, respondent requests that this motion be granted.


                                WILLIAM M. PAUL
                                Acting Chief Counsel
                                Internal Revenue Service

Date:___AUG 3 2018___      By: _____
                                BRIAN S. JONES
                                Attorney
                                (Small Business/Self-Employed)
                                Tax Court Bar No. JB0091
                                701 Market Street
                                Suite 2200
                                Philadelphia, PA 19106
                                Telephone: 267-941-7114


OF COUNSEL:
BRUCE K. MENEELY
Division Counsel
(Small Business/Self-Employed)
NANCY B. ROMANO
Area Counsel
(Small Business/Self-Employed:Area 2)
HARRY J. NEGRO
Associate Area Counsel
(Small Business/Self-Employed)

Docket No. 11586-18

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION TO DISMISS FOR LACK OF JURISDICTION was served on petitioner by mailing the same on ____AUG 3 2018_____ in a postage paid wrapper addressed as follows:


                    Edward Thomas Kennedy
                    401 Tillage Road
                    Breinigsville, PA  18031




Date: _____AUG 3 2018_____        _____
                                    BRIAN S. JONES
                                    Attorney (Philadelphia, Group 1)
                                    (Small Business/Self-Employed)
                                    Tax Court Bar No. JB0091

## UNITED STATES TAX COURT
### WASHINGTON, DC 20217    PA

EDWARD THOMAS KENNEDY,      )
                                              )

         Petitioner,           )
                                              )

         v.                      )  Docket No.  11586-18.
                                              )

COMMISSIONER OF INTERNAL REVENUE,   )
                                              )

         Respondent.        )

## O R D E R

On August 3, 2018, respondent filed a Motion To Dismiss for Lack of Jurisdiction.  Upon due consideration, it is

ORDERED that, on or before August 27, 2018, petitioner shall file an Objection, if any, to the above-described motion to dismiss.  Failure to comply with this Order may result in the granting of the motion to dismiss.

Maurice B. Foley
Chief Judge

Dated:  Washington, D.C.
        August 6, 2018

**US TAX COURT**
**RECEIVED**

**AUG 7 2018**
**10:56 AM**

PA



**US TAX COURT**
**eFILED**

**AUG 7 2018**

EDWARD THOMAS KENNEDY,

      Petitioner,

                          ELECTRONICALLY FILED

      v.

                          Docket No.   11586-18

COMMISSIONER OF INTERNAL REVENUE,

      Respondent

# PETITIONER'S OBJECTION TO MOTION TO DISMISS FOR LACK OF JURISDICTION

## CERTIFICATE OF SERVICE

**SERVED Aug 07 2018**

UNITED STATES TAX COURT

EDWARD THOMAS KENNEDY,

Petitioner,

v.

Docket No. 11586-18

Filed Electronically

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

`

Petitioner's Objection to Respondent's Motion to Dismiss For Lack of Jurisdiction.

Petitioner asks the Court to deny Petitioner's Motion to Dismiss for Lack of Jurisdiction.

A. Introduction

1.      Edward Thomas Kennedy, (hereinafter "Petitioner"and /or "Kennedy") is one of the people of Pennsylvania, and in this court of record Objects to Respondent's Motion to Dismiss For Lack of Jurisdiction and therefore wishes / asks the Court to deny Petitioner's Motion to Dismiss for Lack of Jurisdiction.

2.      Kennedy objects to the Respondent Motion to Dismiss that this Tax Court, a court of record, has no jurisdiction concerning tax matters is absurd. Modern Attorney Brian S. Jones, and his modern Attorney bosses, William M. Paul, Bruce K. Meneely, Nancy B. Romano, Harry J. Negro, all took an oath with both their employer and Modern Attorney BAR Associations to tell the truth, and not to lie, and not to mislead,

misconstrue, misrepresent and/or put false information into courts of law and in the public

record. The government exceeds its jurisdiction.

3.      Kennedy sued the Respondent to stop all collections and because the

alleged debts / tax "deficiencies" are wrong or simply fake. Kennedy seeks relief from

wrongful acts by the Respondent, and this is within the jurisdiction of this court.

4.      Respondent is the Commissioner of Internal Revenue (Service) , and by its

employees, modern attorneys, ask the Tax Court of record to dismiss Kennedy's suit for

lack of jurisdiction. [1]

Take judicial Cognizance: Objections by Kennedy

5.      Kennedy objects to Respondent's Motion to Dismiss but also objects to fact

that the Modern Attorneys for the Respondent do not affirm or swear their Motion to

Dismiss under penalty of perjury.

6.      Kennedy also objects to the fact that modern Attorney Jones testifies on

behalf of Kennedy because this goes beyond his authority and jurisdiction. [2]

B. Argument

7.      The United States Tax Court is a Court of Record and is not an

administrative court.

The Court and Its Jurisdiction [3]

8.      The United States Tax Court is a court of record established by Congress under

Article I of the U.S. Constitution. When the Commissioner of Internal Revenue has determined a

---

[1] Modern Attorneys do not state personal or subject matter jurisdiction, but only "jurisdiction."
[2] Motion to Dismiss, Item 18.
[3] https://ustaxcourt.gov/about.htm

Petitioner's Objection Reply to Respondent's Motion to Dismiss For Lack of Jurisdiction
Docket No. 11586-18

tax deficiency, this Petitioner may dispute the deficiency in the Tax Court before paying any disputed amount.

9.    Petitioner disputes the entire said alleged tax deficiency, nunc pro tunc.

10.    The Tax Court's jurisdiction also includes the authority to redetermine transferee liability, make certain types of declaratory judgments, adjust partnership items, order abatement of interest, award administrative and litigation costs, redetermine worker classification, determine relief from joint and several liability on a joint return, review certain collection actions, and review awards to whistleblowers who provide information to the Commissioner of Internal Revenue on or after December 20, 2006.[4]

11.    Kennedy asks the court to make a declaratory judgement, award administrative and litigation costs, determine relief from joint and several liability, (if any) and review collection actions, specifically theft of funds wrongly taken by the Internal Revenue Service Federal Payment Levy Program, Annex 5,  PO Box 219236,  Kansas City, MO 64121-9236 since January 2018 to present.

12.    The Internal Revenue code designates:

26 U.S. Code § 7441 - Status "There is hereby established, under article I of the Constitution of the United States, a court of record to be known as the United States Tax Court. The members of the Tax Court shall be the chief judge and the judges of the Tax Court. The Tax Court is not an agency of, and shall be independent of, the executive branch of the Government.[5]

---

[4] Source: https://www.ustaxcourt.gov/about.htm
[5] https://www.law.cornell.edu/uscode/text/26/7441

Petitioner's Objection Reply to Respondent's Motion to Dismiss For Lack of Jurisdiction
Docket No. 11586-18

13.    Kennedy agrees that his Petition was filed on June 11, 2018, but denies and/or disagrees with items 2 to 17 in Respondent's Motion to Dismiss.

14.    Kennedy has no contract with the Respondent and/ or the Internal Revenue Service, and therefore, items items 2 to 17 in Respondent's Motion to Dismiss are misconstrued and violate oaths of Modern Attorneys named herein.

15.    Kennedy has no contract with the Respondent and/ or the Internal Revenue Service, but if he does, asks the Respondent to produce it as evidence under penalty of perjury.

C. Conclusion

16.    This court is a court of record, and not an administrative court. Statutes cited by Modern Attorney Jones are misconstrued. This court of record's assumption of jurisdiction over the Respondent will not offend traditional Notions of fair play  and substantial justice and will be consistent with the due process of law. For these reasons, Petitioner Kennedy objects to the Motion to Dismiss and asks the court to deny Respondent's Motion to Dismiss and to retain the case on the court's docket.

WHEREFORE, Petitioner Objects to Respondent's Motion to Dismiss and requests that the Respondent's Motion to Dismiss be Denied.

Date: August 7, 2018

/s/ *Edward Thomas Kennedy*

_____

Edward Thomas Kennedy
401 Tillage Rd.
Breinigsville, PA 18031
415-275-1244 Telephone

Petitioner's Objection Reply to Respondent's Motion to Dismiss For Lack of Jurisdiction
Docket No. 11586-18

570-609-1810 Facsimile
pillar.of.peace.2017@protonmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Petitioner's Reply to Respondent's Motion to

Dismiss For Lack of Jurisdiction was served upon the Respondent by first class mail

(postage paid) to the following modern Attorney:


        Brian S Jones
        701 Market Street
        Suite 2200
        Mellon Independence Center
        Philadelphia, PA 19106


Date: August 7, 2018


        /s/ *Edward Thomas Kennedy*

        _____

        Edward Thomas Kennedy
        401 Tillage Rd.
        Breinigsville, PA 18031
        415-275-1244 Telephone
        570-609-1810 Facsimile
        Email: pillar.of.peace.2017@protonmail.com

Petitioner's Objection Reply to Respondent's Motion to Dismiss For Lack of Jurisdiction
Docket No. 11586-18

**US TAX COURT
RECEIVED**

**AUG 7 2018
4:54 PM**

PA



**US TAX COURT
eFILED**

**AUG 7 2018**

EDWARD THOMAS KENNEDY,

      Petitioner,

ELECTRONICALLY FILED

    v.

Docket No.   11586-18

COMMISSIONER OF INTERNAL REVENUE,

      Respondent

# PETITIONER'S MOTION FOR ENTRY OF DECISION

CERTIFICATE OF SERVICE

UNITED STATES TAX COURT

EDWARD THOMAS KENNEDY,

Petitioner,

v.

Docket No. 11586-18

Filed Electronically

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

`

Motion for an Entry of a Decision
Petitioner's Motion to Order Respondent to Stop Stealing from the Petitioner and
Return all Stolen Funds from the Petitioner to the Petitioner etc.

1.      Petitioner moves that Respondent to Stop Stealing from the Petitioner and Return all Stolen Funds from the Petitioner to the Petitioner, and Remove all Tax Liens and Tax Levies nunc pro tunc.

2.      Edward Thomas Kennedy, (hereinafter "Petitioner"and /or "Kennedy") is one of the people of Pennsylvania, and in this court of record [1] wishes and moves the Court to Order Respondent to Stop Stealing from the Petitioner and Return all Stolen Funds from Petitioner to the Petitioner Nunc Pro tunc and Remove all Tax Liens and Tax Levies nunc pro tunc.

---

[1] This court is a court of record and not an administrative court. Source: 26 USC 7441.

3.      For example, specifically, Respondent wrongly stole funds by the Internal Revenue Service Federal Payment Levy Program, Annex 5,  PO Box 219236,  Kansas City, MO 64121-9236 since January 2018 to present of approximately $238.95 per month.

4.      Petitioner has no contract with the Respondent or Internal Revenue.

5.      Respondent has no license as a debt collector in the Commonwealth of Pennsylvania.

6.      Petitioner's Memo in Support of Motion to Order Respondent to Stop Stealing and Return all Stolen Funds from Petitioner to the Petitioner is as follows:

7.      Respondent took an oath not to steal, and not to lie, and not to mislead, misconstrue, misrepresent and/or put false information into courts of law and in the public record.

8.      Respondent violated his oath and did lie, mislead, misconstrue, misrepresent and/or put false information into courts, evidenced by this court of record paperwork, previous tax liens and tax levies against the Petitioner without jurisdiction of law and in the public record. Also, since January, 2018 employees and/or agents of the Respondent have stolen funds from the Petitioner seven times.

9.      The Petitioner has no contract with with the Respondent or Internal Revenue.

10.     The Internal Revenue codes are not law, and have no foundation in law.

11.     The Internal Revenue codes are not law, and have no legislative foundation.

12.     The Internal Revenue codes are not law, and have no lawful status in this court of record.

13.     Petitioner is one of the people of Pennsylvania, and Internal Revenue code is not law in this court of record.

14.     Petitioner previously objected to the fact Modern Attorney Jones and his Modern Attorney bosses failed to declare and/or swear under penalty of perjury int their paperwork in this case is true and correct, probable evidence of their intent to lie, mislead, misconstrue, misrepresent and/or put false information into this court of record.

15.     Modern Attorney Jones, counsel to the Respondent, and his modern Attorney bosses in this case, William M. Paul, Bruce K. Meneely, Nancy B. Romano, Harry J. Negro, all took oaths with both their employer and their Modern Attorney BAR Associations to tell the truth, and not to lie, and not to mislead, misconstrue, misrepresent and/or put false information into courts of law and in the public record.

16.     The modern Attorneys on this case herein misconstrued, mislead and put false information into this court for their our code, 26, USC 7441, states this court is a court of record and not an administrative court. In simple language, no statutes or codes!

17.     Modern Attorneys listed herein, the Respondent, Internal Revenue, and the Federal government all exceeded its jurisdiction, and this caused injury to the Petitioner.

18.     Petitioner moves this court of record for an order granting this motion against Respondent Commissioner Internal Revenue.

19     Granting this motion is proper in this case because there is no genuine issue of material fact because petitioner is entitled to judgment as a matter of law, custom and justice.

20.     Upon information and belief, based on Freedom of Information requests to the Internal Revenue Service by the Petitioner, Petitioner states no Commissioner Internal Revenue [2] and R.B. Simmons and Michael Wright [3] have a lawful oath of office since 2001, which invalidates their tax levy, tax liens and claims for funds from the Petitioner.

CONCLUSION

21.     This motion is based on the pleadings and papers on file in this case, the evidence, and in the attachment of Petitioner's Memorandum in Support of the Motion to Order Respondent to Stop Stealing and Return all Stolen Funds from the Petitioner to the Petitioner, etc.

WHEREFORE, Petitioner requests the court grant the order for Petitioner's Motion for an Entry of a Decision.

Date: August 7, 2018

Respectfully submitted,

/s/ *Edward Thomas Kennedy*
_____
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Telephone: 415-275-1244

---

[2] Includes Shulman, Harless, Everson, Rossotti, Koskinen and Kautter.
[3] Internal Revenue Service Federal Payment Levy Program, Annex 5,  PO Box 219236,  Kansas City, MO 64121-9236.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for an Entry of a Decision/

Petitioner's Motion to Order Respondent to Stop Stealing from the Petitioner and Return all

Stolen Funds from the Petitioner to the Petitioner, and Memo in Support of Motion for an Entry

of a Decision / Petitioner's Memo in Support of Motion to Order Respondent to Stop Stealing

and Return all Stolen Funds from Petitioner to the Petitioner was served upon the Respondent by

first class mail (postage paid) to the following modern Attorney:


        Brian S Jones
        701 Market Street
        Suite 2200
        Mellon Independence Center
        Philadelphia, PA 19106


Date: August 7, 2018


        /s/ *Edward Thomas Kennedy*
        _____
        Edward Thomas Kennedy

**UNITED STATES TAX COURT**
WASHINGTON, DC 20217

PA

EDWARD THOMAS KENNEDY,          )
                                )
          Petitioner,           )
                                )
     v.                         )   Docket No. 11586-18.
                                )
COMMISSIONER OF INTERNAL REVENUE, )
                                )
          Respondent.           )

## ORDER OF DISMISSAL FOR LACK OF JURISDICTION

This case is before the Court on respondent's motion to dismiss for lack of jurisdiction, filed August 3, 2018, on the ground no notice of determination under I.R.C. section 6320 or 6330 or other notice of determination was issued to petitioner for taxable years 2001 through 2017 that would permit petitioner to invoke the Court's jurisdiction. On August 7, 2018, petitioner file an Objection to respondent's motion to dismiss. On August 7, 2018, petitioner further filed a motion for entry of decision. Petitioner essentially does not dispute the jurisdictional allegations in respondent's motion to dismiss.

The Tax Court is a court of limited jurisdiction and may exercise jurisdiction only to the extent expressly provided by statute. I.R.C. sec. 7442; Naftel v. Commissioner, 85 T.C. 527, 529 (1985), Breman v. Commissioner, 66 T.C. 61, 66 (1976). Where this Court's jurisdiction in a case is duly challenged, the jurisdiction must be affirmatively shown. Romann v. Commissioner, 111 T.C. 273, 280 (1998); Wheeler's Peachtree Pharmacy, Inc. v. Commissioner, 35 T.C. 177, 180 (1960).

Contrary to petitioner's argument, the Tax Court does not have unlimited jurisdiction as to all tax-related issues and matters. Petitioner here has failed to affirmatively establish that this Court has jurisdiction as to this case. Romann, 111 T.C. 280; Wheeler's Peachtree Pharmacy, Inc., 35 T.C. 180.

Taking into account representations contained in the petition, petitioner's objection to respondent's motion to dismiss, petitioner's motion for entry of decision, and for the reasons set forth in respondent's motion to dismiss, it is,

ORDERED that petitioner's motion for entry of decision is denied. It is further

ORDERED that respondent's motion to dismiss is granted. It is further

- 2 -

ORDERED that with respect to each year placed in issue in the petition, this case is dismissed for lack of jurisdiction upon the ground stated in respondent's motion to dismiss.


Maurice B. Foley
Chief Judge


ENTERED:     **AUG 08 2018**

US TAX COURT · 18-2895    Document: 003113025600    Page: 53    Date Filed: 09/05/2018

**11**

ALS

**US TAX COURT**
**RECEIVED**

**AUG 23 2018**

**US TAX COURT**
**FILED**

**AUG 23 2018**

EDWARD THOMAS KENNEDY,
       Petitioner,

                                    PAPER FILED

     v.

                                      Docket No.    11586-18

COMMISSIONER OF INTERNAL REVENUE,
       Respondent

# NOTICE OF APPEAL

# UNITED STATES TAX COURT

WASHINGTON, DC 20217

RECEIVED
UNITED STATES TAX COURT
INTAKE # 5

2010 AUG 23 AM 9: 29

BY: _____
DEPUTY CLERK

EDWARD THOMAS KENNEDY

_____

Petitioner(s)

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent

Docket No. 11586 - 18

## NOTICE OF APPEAL

Notice is hereby given that _____ Edward Thomas Kennedy _____ hereby

appeals to the United States Court of Appeals for the 3rd Circuit from [that part of] the decision of

this Court entered in the above-captioned proceeding on the 8th day of August 2018

[relating to dismissal of case.

_____ ].

8/9/2018
_____
Date

_____
Date

E. Th Ke___ (Seal)
_____
Party * of Counsel

NO
_____
Additional Party*

_____
Post office address

_____
Counsel's Tax Court Bar No.

*If husband and wife are parties, then both must sign if both want to appeal.

T.C. Form 17 (08/12)



Lewis L. Ed.
161 Tilinge Rd
Dreibisville PA 18031

Clerk of Court
US Max Court
YID Secend St NW
Washing ton DC
20217-

1168068





# UNITED STATES TAX COURT
**WASHINGTON, D.C. 20217**
**August 24, 2018**

CLERK OF THE COURT

| | |
|---|---|
| EDWARD THOMAS KENNEDY | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) |
| | ) |
| COMMISSIONER OF INTERNAL REVENUE, | ) |
| | ) |
| Respondent. | ) |

Docket No.  11586-18

## NOTICE OF FILING OF NOTICE OF APPEAL

TO:

Marcia Waldron, Clerk of Court
U. S. Court of Appeals
 for the Third Circuit
21400 U. S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

William M. Paul
Acting Chief Counsel
Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031

The United States Court of Appeals for the 3rd Circuit and the parties are hereby notified that on August 23, 2018 petitioner filed a Notice of Appeal from the order of dismissal of the Tax Court.  A copy of that Notice of Appeal is herewith served upon you.

The parties are hereby notified that the papers constituting the record of the case in the United States Tax Court include any transcripts of proceedings.  The record on appeal will be sent to the United States Court of Appeals **when we received the Court of Appeals docket number.**

Counsel for the Commissioner of Internal Revenue are **GILBERT S. ROTHENBERG, CHIEF, APPELLATE SECTION, TAX DIVISION, UNITED STATES DEPARTMENT OF JUSTICE, P.O. BOX 502, WASHINGTON, D.C. 20044, UPON WHOM SERVICE OF DOCUMENTS AND PAPERS IN PROCEEDINGS IN THE COURT OF APPEALS IS TO BE MADE,** and William M. Paul, Acting Chief Counsel, Internal Revenue Service.

(Signed) Stephanie A. Servoss
Clerk of the Court

Enclosures:   Copy of Notice of Appeal and Docket Entries.

Fee Paid:        Yes__   No<u>XX</u>

SERVED  AUG 2 4 2018