## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2018, I electronically filed the foregoing appearance form with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I further certify that participants in the case are registered CM/ECF user.

        Mr. Edward T. Kennedy
        401 Tillage Road
        Breinigsville, PA  18031


         /s/ Kathleen E. Lyon
           KATHLEEN E. LYON
             *Attorney*