ALD-078

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT
_____

No. 18-2895
_____

EDWARD T. KENNEDY,

Appellant

v.

COMMISSIONER OF INTERNAL REVENUE
_____

On a Petition For Review of
an Order of the Tax Court
(Tax Court No. 18-11586)
Tax Court Chief Judge: Maurice B. Foley
_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
January 17, 2019

Before:  MCKEE, SHWARTZ and BIBAS, Circuit Judges

**JUDGMENT**
_____

This cause came to be considered on the record from the United States Tax Court

and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) or

summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on January 17, 2019.

On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the petition for review is

summarily denied pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6.

All of the above in accordance with the Opinion of the Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 28, 2019