OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 21, 2019

Ms. Stephanie A. Servoss
United States Tax Court
400 Second Street, N.W.
Room G-09
Washington, DC 20217

RE: Edward Kennedy v. Commissioner of Internal Reven
Case Number: 18-2895
District Court Case Number: 18-11586

Dear Sir,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Marianne
Legal Assistant
267-299-4911

cc:

Edward T. Kennedy, Esq.
Kathleen E. Lyon, Esq.